UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

  v.

Goodwin-Cole Company, Inc., a California Corporation; and Does 1-10,

    Defendants

**Case No.** 2:14-CV-00639-JAM-AC

**ORDER**

GOOD CAUSE SHOWN, the stipulation to extend time to answer by Defendant in the above captioned matter is granted.

Answer is to be filed on or before August 22, 2014.

IT IS SO ORDERED

Dated: 7/23/2014     /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE