CENTER FOR DISABILITY ACCESS
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Goodwin-Cole Company, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants | Case: 2:14-CV-00639-JAM-AC<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## **NOTICE**

PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: August 20, 2014    CENTER FOR DISABILITY ACCESS

                                /s/ Mark D Potter
                      By: _____
                          Mark D. Potter
                          Attorneys for Plaintiff