UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Goodwin-Cole Company, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants | Case: 2:14-CV-00639-JAM-AC<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## **ORDER**

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated:   8/29/2014         /s/ John A. Mendez
                          HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE